**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-1916**

---

SCOTT M. DAWLING,

Plaintiff – Appellant,

v.

SHAMROCK ENVIRONMENTAL CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:12-cv-00198-CCE-LPA)

---

Submitted: November 19, 2013         Decided: November 25, 2013

---

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Scott M. Dawling, Appellant Pro Se. Jillian McConnell Benson, James Marion Powell, WOMBLE CARLYLE & SANDRIDGE & RICE, PLLC, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Dawling appeals the denial of relief in this action claiming race and age discrimination under both Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dawling v. Shamrock Envtl. Corp., No. 1:12-cv-00198-CCE-LPA (M.D.N.C. Aug. 21, 2012, and July 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED